AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Dylan Hiner<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25 mj 0473<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2025__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(n) and 924(a)(1)(D) | Illegal Receipt, Shipment, or Transport of Ammunition by a Person Under Indictment |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

MATTHEW HEISER (Affiliate)
Digitally signed by MATTHEW HEISER (Affiliate)
Date: 2025.11.07 16:39:20 -05'00'

*Complainant's signature*

Matthew Heiser, TFO ATF
*Printed name and title*

Sworn to before me and signed ~~in my presence~~ via telephone.

Date: 11/7/2025

*Judge's signature*

City and state: DAYTON, OHIO  Caroline Gentry, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Matthew S. Heiser ("Affiant"), being duly sworn, depose and state the following:

1. I am a sworn law enforcement officer in the State of Ohio for twenty-five years. I am presently a sworn member of the Dayton Police Department. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer. I have received training in firearm and drug trafficking investigation and have participated in numerous investigations related to federal firearms violations. These investigations have resulted in the arrest and conviction of criminal defendants.

2. I make this affidavit in support of a criminal complaint and arrest warrant for **Dylan Hiner,** for violations of 18 U.S.C. § 922(n). I assert that there is probable cause to believe that on or about November 1, 2025, in the Southern District of Ohio, Dylan HINER, who is under indictment for a crime punishable by imprisonment for a term exceeding one year did ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, all in violation of 18 U.S.C. § 922(n).

3. 18 U.S.C. § 922(n) states it shall be unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce

4. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews and reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

5. On or about November 1, 2025, at approximately 11:47pm officers with the Dayton Police Department were on routine patrol and were dispatched to a person shot call with multiple shots fired located on University of Dayton's campus specifically at 15 Evanston Avenue, Dayton, Ohio. Upon arriving on scene, officers located several firearm casings in the parking lot near the rear of 15 Evanston Avenue and multiple 9mm casings in between the residences of 15 and 19 Evanston Ave. Officers were informed the victim had been transferred to the hospital and I responded to conduct an interview. The victim stated that they were at 15 Evanston Avenue for a Halloween party. While hanging out outside the victim stated they heard approximately seven-gun shots, and believed they were struck on the second gun shot in their left ankle. The victim stated they did not see who the shooter was.

6. Detectives with the Dayton Polcie Department responded on scene and canvassed the area for surveillance footage. Upon review of surveillance cameras, detectives observed multiple shooters near the backyard of the 15 Evanston Avenue residence. First, detectives observed two individuals; one wearing red colored pants and another wearing light colored pants in between the houses of 15 and 19 Evanston Avenue. Surveillance cameras then captured the individual wearing light colored pants and a dark jacket holding a black object in his right hand and then what appeared to be a flash come from the front of it. This same individual was observed running between the houses eastbound and then northbound on Evanston Avenue continuing to fire approximately 7-10 shots. Officers and detectives canvassed the area and recovered multiple 9mm casings along Evanston Avenue in the path of travel of the suspect. Detectives noted based on review of all surveillance cameras no other suspects were observed shooting rounds in that vicinity. Based on review of surveillance cameras, detectives identified this suspect as the initiator of the shots fired. After the initial flash, the crowd began to flee the party in attempt to run to safety, while other members in the crowd drew suspected firearms.

7. Surveillance cameras captured a gray/silver sedan with multiple people inside parked in the parking lot of the rear of 15 Evanston Avenue. Specifically, detectives observed the back seat driver side passenger, and the front seat passenger draw dark objects from their persons and/or vehicle. These individuals then point these dark objects in the direction of the initial shots fired and multiple flashes were observed coming from the passenger compartments of the gray/silver sedan. The passengers then got into the silver sedan, and the driver fled in the vehicle away from the scene. The crowd was observed running in all directions, and the victim was observed getting trampled during the rush to get out of the area and crawled to get away from the shooting.

8. Detectives were able to later identify the suspect vehicle as a silver Ford Focus bearing Ohio tag KND7561. The vehicle was registered to a Teasha Allen. During an interview of Ms. Allen, she stated her son Jonathan KIMMEL utilized the vehicle regularly and used it the night of the Halloween party on November 1, 2025.

9. On or about November 4, 2025, Detectives conducted an interview of Jonathan KIMMEL. KIMMEL stated he was the driver of the silver Ford Focus and was at the Halloween party during the night of the shooting. KIMMEL identified the occupants of the vehicle as: CW[1], KK, and BS. KIMMEL stated that KK was in back seat driver side compartment, and BS was the front passenger. KIMMEL further stated he observed KK and BS firing pistols.

10. On or about November 6, 2025, detectives went to the address of KK to conduct an interview. Detectives made contact with KK's father who stated KK was not at the residence and that he had kicked his son and eleven of his friends out of house after someone had kicked in a door. KK's father stated KK could be found at the residence of "Dylan" who he frequently hung out with. KK's father also stated "Dylan" lived somewhere in the old north Dayton neighborhood. "Dylan" was later identified by detectives as Dylan HINER. Detectives noted

---

[1] The passengers in the vehicle with KIMMEL were juveniles. I know the true names of the juveniles, but I am providing initials due to privacy concerns.

HINER was a person of interest in multiple investigations involving firearms and shots being fired. Detectives identified the residence of HINER.

11. On or about November 6, 2025, Detectives went to the address of HINER in an attempt to locate KK and conduct an interview related to the shooting incident. Upon arriving at the residence, individuals on the porch stated no one was at the residence. A witness contacted detectives and stated three individuals had left the residence on foot moments before law enforcement arrived, and one of the individuals was shirtless. Detectives canvassed the area and located three individuals walking together with one of them not wearing a shirt. Detectives detained the individuals, later identified as KK, HINER, and BC, for questioning related to the shooting incident.

12. While conducting the interview of KK, he stated to detectives he was in fact the rear seat driver side passenger who fired shots at the Halloween party on the University of Dayton's campus.

13. While conducted an interview of HINER, after having advised him of his Miranda rights, he stated he was at the party on 15 Evanston Avenue. HINER further stated he did in fact fire shots from a pistol during the shooting incident. HINER identified the pistol as a black in color semi-automatic handgun. HINER also stated he had gotten the firearm earlier that day, November 1, 2025, from a friend, who he identified only as "JJ". HINER stated "JJ" had purchased the firearm for $200.00.

14. While conducting an interview of BC, he stated he was the individual wearing red pants in between the residences of 15 and 19 Evanston Avenue during the shooting incident at the Halloween Party on the University of Dayton's campus. BC stated he did not have a firearm that night. BC further stated the individual wearing the light-colored pants was the one that fired the shots in between the residence on the night of the party and identified him as Dylan HINER.

15. A records check for Dylan HINER revealed he is currently under indictment in the Montogomery County, Ohio Court of Common Pleas, having been indicted on or about September 26, 2025, in Case No. 2025 CR 2580, for Carrying a Conceal Weapon (loaded/ready at hand) a felony of the fourth degree, and Improper Handling of a Firearm in a Motor Vehicle, a felony of the fourth degree. Both felonies are crimes punishable by imprisonment for a term exceeding one year.

16. I contacted S/A Ken Pitney, an ATF Interstate Nexus agent who confirmed the 9mm shell casings found between the residence of 15 and 19 Evanston Avenue were manufactured outside of the state of Ohio.

17. As such, I assert that there is probable cause to believe that on or about November 1, 2025, in the Southern District of Ohio, Dylan HINER, who is under indictment for a crime punishable by imprisonment for a term exceeding one year, did ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has

been shipped or transported in interstate or foreign commerce, all in violation of 18 U.S.C. § 922(n).

**Further affiant sayeth naught.**

MATTHEW HEISER (Affiliate)
Digitally signed by MATTHEW HEISER (Affiliate)
Date: 2025.11.07 16:38:00 -05'00'

**Matthew Heiser**
**Task Force Officer, ATF**
**Cincinnati, Ohio**

Subscribed and sworn to ~~before me~~ by telephone on this 7th day of November 2025.

United States Magistrate Judge
Caroline H. Gentry

4