# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-00473 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| DYLAN HINER, | : | |
| Defendant. | : | |

## ORDER OF TEMPORARY DETENTION

Upon motion of the United States of America it is ordered that a Detention Hearing is scheduled for Thursday, November 13, 2025 at 1:30 p.m. in Courtroom 3 before United States Magistrate Judge Caroline H. Gentry.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

November 10, 2025

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge