AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Dylan Hiner | ) | |
| | ) | 3:25 MJ 0473 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dylan Hiner                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(n) and 924(a)(1)(D): Illegal Receipt, Shipment, or Transport of Ammunition by a Person Under Indictment

Date:     11/07/2025

_____
*Issuing officer's signature*

City and state:   Dayton, Ohio

CAROLINE H. GENTRY, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/8/25          , and the person was arrested on *(date)* 11/8/25
at *(city and state)* _____.

Date: 11/10/25

_____
*Arresting officer's signature*

Matthew Heiser  Task Force officer
*Printed name and title*